IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BOHAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-4185** |
| | : | |
| **DRAEGER, INC.** | : | |

# O R D E R

**AND NOW,** this 18th day of December, 2019, it having been reported that the above captioned caption has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

**IT IS HEREBY ORDERED** that the above captioned action is dismissed with prejudice, pursuant to agreement of counsel without costs.

                              **KATE BARKMAN, Clerk of Court**

                              **BY:** **/s/ Barbara A. Crossley**
                                      **Barbara A. Crossley,**
                                      **Deputy Clerk to Judge Schmehl**